**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

BENJAMIN BALMES GOZAR                                  Case No. 10-70043-FJS
NILDA PORTUS GOZAR,                                    Chapter 7

       Debtors.

**REPORT OF DEPOSIT OF SMALL DIVIDENDS**

       Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
| --- | --- |
| Recovery Management Systems Corp<br>for GE Money Bank, dba JCPenney Credit<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL  33131 | $1.61 |
| American InfoSource LP<br>as Agent for<br>T Mobile/T-Mobile USA, Inc.<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $4.60 |
| **TOTAL** | **$6.21** |

Dated: October 17, 2011

/s/ Charles L. Marcus
Charles L. Marcus, Trustee
VSB #7020
580 East Main Street, Suite 300
Chesapeake, VA  23320
(757) 622-9005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on October 17, 2011 to: Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA 23510.


/s/ Charles L. Marcus
Charles L. Marcus, Trustee